## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **SHAKIRA BLANDING,** <br><br> **Plaintiff,** <br><br> v. <br><br> **EXPERIAN INFORMATION SOLUTIONS, INC.,** <br><br> **Defendant.** | **Case No.:  1:24-cv-01353-JPB-LTW** |

### **NOTICE OF SETTLEMENT**

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal with prejudice. It is respectfully requested that the matter stayed for sixty (60) days to allow all parties to finalize settlement details.

Dated: February 7, 2025

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
PRO HAC VICE
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **7th day of February 2025**.  Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated:  February 7, 2025

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
