IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SHAKIRA BLANDING,**<br><br>                   **Plaintiff,**<br><br>                   **-v-**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>                   **Defendant.** | **Civil Case No: 1:24-cv-01353-JPB** |

## STIPULATION OF DISMISSAL

Plaintiff Shakira Blanding and Defendant Experian Information Solutions, Inc. ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: April 10, 2025

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Julian E.L. Gale |
| Yitzchak Zelman, Esq. | Julian E.L. Gale, Esq. |
| PRO HAC VICE | PRO HAC VICE |
| Marcus & Zelman, LLC | Jones Day |
| 701 Cookman Avenue, Suite 300 | 110 North Wacker Drive, Unit 4800 |
| Asbury Park, NJ 07712 | Chicago, IL 60606 |
| Telephone: (732) 695-3282 | Telephone: (603) 828-9723 |
| Email: yzelman@marcuszelman.com | Email: jgale@jonesday.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Shakira Blanding* | *Experian Information Solutions, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed on April 10, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Yitzchak Zelman